

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Alejandro Hernandez and The Freedom Indeed Foundation, Inc., | § | No. 08-18-00045-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 7 |
| v. | § | of El Paso County, Texas |
| Constable R.A. Sommers Precint #7, | § | (TC# 2017DCV0816) |
| Appellee. | | |
| | § | |

**O R D E R**

On June 13, 2018, the Court issued an order for the trial court to conduct a hearing on the court reporter's challenge to Appellants statement of inability to afford to pay costs on appeal. The hearing is scheduled for June 28, 2018. Appellants have filed a motion to cancel the hearing because they have determined the reporter's record is not necessary for the appeal and they have withdrawn their request for the court reporter to prepare the reporter's record. The motion is GRANTED. The trial court is not required to conduct the hearing and the court reporter is not required to file the reporter's record previously requested by Appellants. Appellants' brief is due to be filed no later than July 27, 2018.

IT IS SO ORDERED this 27th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.